UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Robert Groves Jr.**　　　　　　　　　　　　　　　**Docket No. 5:02-CR-311-1H**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Robert Groves Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute 50 Grams or More of Crack Cocaine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 19, 2003, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Roberts Groves Jr. was released from custody on December 23, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 25, 1985, the defendant was convicted of Attempted Second Degree Sexual Offense and was sentenced to eight years in the custody of the North Carolina Department of Corrections. Although there is no evidence of additional sexual deviance, and the defendant is not required to maintain registration on the North Carolina Sex Offender Registry, we are requesting the defendant submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders to ensure there are no underlying issues that might need to be addressed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Scott Plaster
Jeffrey L. Keller　　　　　　　　　　　　　　　　Scott Plaster
Supervising U.S. Probation Officer　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8808
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: January 5, 2017

William Robert Groves Jr.
Docket No. 5:02-CR-311-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 9th day of January 2017, and ordered filed and made a part of the records in the above case.

*[signature]*

Malcolm J. Howard
Senior U.S. District Judge