UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Robert Groves, Jr.**                    **Docket No. 5:02-CR-311-1H**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Robert Groves, Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute 50 Grams or More of Crack Cocaine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 19, 2003, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Robert Groves, Jr. was released from custody on December 23, 2016, at which time the term of supervised release commenced.

On January 9, 2017, the defendant's conditions of supervision were modified to include submission to a psycho-sexual evaluation by a qualified mental health professional. The defendant waived a hearing and agreed to the modification of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 22, 1985, the defendant was convicted of Attempted Second Degree Sexual Offense in Johnston County, North Carolina, and he was sentenced to eight years imprisonment for the offense. Following Mr. Groves' release from the Bureau of Prisons, the probation officer requested that Mr. Groves submit to a psycho-sexual evaluation to ensure there are no underlying issues that might need to be addressed. The defendant agreed to participate in the same, and the conditions of supervision were modified to include the assessment. Mr. Groves completed the assessment on January 16, 2017. The results of the assessment found no indication of antisocial behavior or a persistent deviant sexual interest at the present time, and it was determined that Mr. Groves is of low risk to sexually re-offend. Nonetheless, it was recommended that Mr. Groves participate in six to eight weeks of weekly individual sessions to address prosocial transition back into the community and to assess for any current antisocial issues or risk of harm to others. It was further recommended that Mr. Groves participate in a sexual history polygraph to determine whether Mr. Groves engaged in any other sexual misconduct or if there were any other sexual behaviors of concern. Mr. Groves was presented with the results of the assessment and the recommendations for treatment and a polygraph and declined to participate in the recommended options provided by the assessor. Mr. Groves is requesting a hearing before the court to determine whether any additional conditions should be imposed. We are recommending the court schedule a hearing to determine whether any additional conditions of supervised release should be imposed.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled, issue a notice to the defendant, and determine whether additional conditions of supervised release are warranted.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller

Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster

Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: May 10, 2017

## ORDER OF THE COURT

The court has considered this petition, and finds inadequate reasons to modify the existing conditions of supervised release.  Therefore, the request for a hearing and imposition of additional conditions is denied.

Malcolm J. Howard
Senior U.S. District Judge